UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ELAN STERNBERG,
Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MASSIMO ZANETTI BEVERAGE USA, INC.

    Defendant.

CASE NO.

_____/

## DEFENDANT MASSIMO ZANETTI BEVERAGE USA, INC.'S NOTICE OF REMOVAL

Defendant, MASSIMO ZANETTI BEVERAGE USA, INC. (hereinafter "Defendant"), hereby gives notice, pursuant to 28 U.S.C. §§ 1331, and 28 U.S.C. §§ 1441 and 1446, that the case entitled *Elan Sternberg, individually and on behalf of all others similarly situated, v. Massimo Zanetti Beverage USA, Inc.,* Case No. 2020-000954-CA-01, is being removed from the Circuit Court, Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. In support of this Notice, Defendant states:

    1.    On January 15, 2020, Plaintiff, ELAN STERNBERG, filed a putative class action against Defendant, in the Circuit Court in Miami-Dade County, Florida under the caption *Elan Sternberg, individually and on behalf of all others similarly situated, v. Massimo Zanetti Beverage USA, Inc.,* Case No. 2020-000954-CA-01.

    2.    Upon information and belief, Plaintiff served Defendant with the initial Complaint on March 10, 2020. A copy of the state court Class Action Complaint and Demand for Jury Trial

is attached hereto as Exhibit "A", and a copy of the complete court file is attached hereto as Exhibit "B".

3. The Complaint asserts a federal cause of action against Defendant for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

4. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon the Defendant. 28 U.S.C. § 1446(b)

5. 28 U.S.C. §1441(b) provides as follows:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

6. This action is a civil action and is one over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331, and is an action that can be removed to this District Court pursuant to 28 U.S.C. § 1441, as a result of Plaintiff alleging violations of the TCPA.

7. In the Complaint, Plaintiff seeks recovery under the TCPA, the only statute referenced in the Complaint.

8. Plaintiff's Complaint invokes federal question jurisdiction because the allegations involve claims under the TCPA, 47 U.S.C. § 227 *et seq*.

9. Promptly after the filing of this Notice of Removal, Defendant will file a copy of same with the Clerk of the Circuit Court for Miami-Dade County, Florida, and a notice of filing notice of removal as required by 28 U.S.C. § 1446. Written notice of the filing of this notice of removal is also being served upon counsel for the Plaintiff.

10. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative matter.

WHEREFORE, Defendant, MASSIMO ZANETTI BEVERAGE USA, INC., respectfully requests that this case proceed in this Court as an action properly removed to it.

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
Miguel A. Gonzalez
Florida Bar No. 58689
mgonzalez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant, MASSIMO ZANETTI BEVERAGE USA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document is being served on March 27, 2020 via email to:

Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299
Email: ashamis@shamisgentile.com

*Counsel for Plaintiff and the Class*

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com

Miguel A. Gonzalez
Florida Bar No. 58689
mgonzalez@hinshawlaw.com

HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant, MASSIMO ZANETTI BEVERAGE USA, INC.